**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  18-cv-1730-REB-SKC

PHILADELPHIA INDEMNITY INSURANCE
COMPANY, a Pennsylvania corporation, individually
and as subrogee of its insured, Columbine Country Club

      Plaintiff,

v.

TEXTRON SPECIALIZED VEHICLES, INC., a Delaware corporation;
TEXTRON INC., a Delaware corporation; and
DOES I – X, inclusive,

      Defendants.

_____

**STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND
TO WRITTEN DISCOVERY**
_____

      The parties, by and through their attorneys of record, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D.C.COLO.L.CivR 6.1(a), stipulate that the time within which Defendants have to respond to written discovery is extended by fourteen (14) days.  The parties state as follows.

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a)**

      The parties have conferred regarding this Stipulation and Plaintiff's Counsel has consented to this filing.

**STIPULATION**

1.      On October 2, 2018, Plaintiff served its interrogatories and requests for production of documents ("Written Discovery") on Defendants.  Pursuant to Federal Rules of Civil Procedure, Defendants' responses are due on November 1, 2018.  *See* Fed. R. Civ. P. 6(a)(1)(C), 33 and 34.

2.      Plaintiff requested various documents, and Defendants have engaged in a thorough process to identify responsive documents.  Defendants are in the process of providing the documents to undersigned defense counsel.   Following receipt, undersigned defense counsel must review the documents to assure they are responsive and determine whether it is appropriate to mark them pursuant to the protective order entered on October 3, 2018 (ECF #27).  With a two-week extension, Defendants will be able to provide complete responses.

3.      The parties stipulate that Defendants' responses to Plaintiff's Written Discovery are due on or before November 15, 2018.

4.      No other extensions have previously been requested or granted in this action.

5.      Discovery does not close until May 1, 2019.  The stipulation should not impact any other deadlines.

6.      Pursuant to D.C.COLO.LCivR 6.1(a), the parties may stipulate in writing to a first extension of not more than twenty-one (21) days beyond the time limits prescribed in the Federal Rules of Civil Procedure to respond to written discovery.  The stipulation

shall be filed before the expiration of the original deadline to respond and shall be effective upon filing, unless otherwise ordered.

      7.     This stipulation is filed before the expiration of the deadline to respond to written discovery.

      8.     By their signatures below, counsel certifies pursuant to D.C.COLO.LCivR 6.1(c) that a copy of this Stipulation has been sent to the parties by their respective counsel.

      Respectfully submitted this 30th day of October, 2018.


*s/ Christopher J. Brennan*

Christopher J. Brennan
8765 E. Bell Road Suite 210,
Scottsdale, AZ  85260
Phone:  (480) 502-4664
E-mail:  cbrennan@blwmlawfirm.com

Attorney for Plaintiff Philadelphia Indemnity Insurance Company

*s/ Adam P. O'Brien*

Adam P. O'Brien, Esq.
William. D. Healy
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Tel: 303-830-1212
Email: aobrien@warllc.com; whealy@warllc.com

Attorneys for Defendants Textron Specialized Vehicles Inc. and Textron Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2018, I electronically filed the foregoing **STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND TO WRITTEN DISCOVERY** with the Clerk of Court, using the CM/ECF System, which will send notification of such filing to the following e-mail addresses:

Kenneth W. Maxwell, Esq.                    (kmaxwell@blwmlawfirm.com)
Christopher J. Brennan, Esq.               (cbrennan@blwmlawfirm.com)
Bauman, Loewe, Witt & Maxwell, PLLC
8765 East Bell Road, Suite 210
Scottsdale, AZ  85260

*S/Maureen Wenz*
Email:  mwenz@warllc.com